# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3083

_____

Albert L. Johnson,                        *
                                     *
            Appellant,            *
                                       * Appeal from the United States
    v.                             * District Court for the
                                        * District of Minnesota.
U.S. Parole Commission,      *
                                       * [UNPUBLISHED]
           Appellee.             *

_____

Submitted: March 3, 2011
Filed: March 8, 2011

_____

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Federal inmate Albert Johnson appeals the district court's[1] denial of his 28 U.S.C. § 2241 petition for a writ of habeas corpus. Upon careful review, we conclude that Johnson is not entitled to habeas relief for the reasons relied upon by the district court. See Mitchell v. U.S. Parole Comm'n, 538 F.3d 948, 951 (8th Cir. 2008) (per

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Susan Richard Nelson, then United States Magistrate Judge for the District of Minnesota, now United States District Judge.

curiam) (standard of review).  Accordingly, the judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.  We also deny Johnson's motion for appointment of counsel.

_____